UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

**UNITED STATES OF AMERICA,**

    Plaintiff,

-vs-                                        Case No. 12-CR-259

**ANDRAE ROBERTS,**

    Defendant.

## DECISION AND ORDER

Andrae Roberts filed a motion for the return of property under Federal Rule of Criminal Procedure 41(g). A post-conviction Rule 41(g) motion must be filed as a separate civil action and comply with the Prison Litigation Reform Act. *See United States v. Stevens*, 500 F.3d 625, 629 (7th Cir. 2007). The basis for jurisdiction is 28 U.S.C. § 1331. *See Bailey v. United States*, 508 F.3d 736, 738 (5th Cir. 2007).

Roberts' motion [ECF No. 40] is **DENIED**.

Dated at Milwaukee, Wisconsin, this 9th day of May, 2016.

                                                **SO ORDERED:**

                                          **HON. RUDOLPH T. RANDA**
                                          **U.S. District Judge**